IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03572-KAS

B.S.C.C.,

Petitioner,

v.

JUAN BALTAZAR, Warden Aurora ICE Processing Center;
DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; and
TODD BLANCHE, U.S. Attorney General;

Respondents.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

On August 11, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus [#1] in part and ordered Respondents to provide Petitioner with a bond hearing at which the Government would bear the burden of proving, by clear and convincing evidence, that Petitioner's continued detention is justified by no later than August 18, 2026. *See Order* [#10]. On August 20, 2026, Respondents filed a status report informing the Court that on August 18, 2026, Petitioner was provided with a bond hearing before an immigration judge, at which the immigration judge denied Petitioner bond. *See Status Report* [#12].

The Court finds that Petitioner has now received the relief the Court granted to him and that no further proceedings in this matter are required. Accordingly, the Clerk of Court is directed to terminate this case.

Dated: August 21, 2026