IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03572-KAS

B.S.C.C.,

Petitioner,

v.

JUAN BALTAZAR, Warden of Aurora ICE Processing Center,
DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, U.S. Attorney General, in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Petitioner's **Motion to Enforce** [#15] (the "Motion"). In the Motion [#15], Petitioner argues that the Immigration Judge who conducted Petitioner's bond hearing, as ordered by this Court, failed to apply the proper burden of proof. In response, Respondents state that while not conceding that the Motion [#15] is meritorious, they "are not submitting a brief in opposition to the Motion detailing the facts and circumstances at issue," thereby forfeiting any argument to the contrary. *Response* [#17].

On these facts, the Court concludes that Petitioner is entitled to immediate release. The undersigned ordered that "the Government shall bear the burden of proving, by clear and convincing evidence, that Petitioner's continued detention is justified." *Minute Order* [#10] at 2. Further, the undersigned ordered that "[i]f Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) *as required herein*, Petitioner must be immediately released from detention." *Id.* (emphasis added). Respondent fails to address Petitioner's contention that Respondent did not provide Petitioner with a bond hearing that complies with this Court's order. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**.

IT IS FURTHER **ORDERED** that Respondent release Petitioner within one day of the date of this Order under appropriate conditions of supervision.

IT IS FURTHER **ORDERED** that Respondent file a status report to certify compliance **within 7 days of the issuance of this Order**.

IT IS FURTHER **ORDERED** that the Motion Hearing set for October 16, 2026, is **VACATED.**

Dated: October 1, 2026